# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Funny Soul LLC

                                    Plaintiff,

v.                                                          Case No.: 1:24−cv−01372

                                                                       Honorable Mary M. Rowland

Individuals, Partnerships, and Unincorporated Associations on Schedule A

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 7, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to seal documents [7] is granted. Plaintiff's motion for alternate service [5] is granted. Plaintiff has requested a TRO. The court requires a bond of $1,000 per defendant in schedule A cases. Plaintiff is to send a proposed order to the court's proposed order mailbox at Proposed_Order_Rowland@ilnd.uscourts.gov reflecting that bond amount by 3/21/24. Plaintiff is to file a status report by 3/29/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.